People v Taylor (2020 NY Slip Op 50949(U))

[*1]

People v Taylor (Daphne)

2020 NY Slip Op 50949(U) [68 Misc 3d 129(A)]

Decided on August 20, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on August 20, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 9th and 10th JUDICIAL DISTRICTS
PRESENT: : THOMAS A. ADAMS, P.J., JERRY GARGUILO, ELIZABETH H.
EMERSON, JJ

2019-851 W CR

The People of the State of New York,
Respondent,
against
Daphne J. Taylor, Appellant. 

John P. Savoca, for appellant.
Westchester County District Attorney, for respondent (no brief filed).

Appeal from a judgment of conviction of the City Court of Mount Vernon, Westchester
County (Adam Seiden, J.), rendered March 13, 2019. The judgment convicted defendant, upon
her plea of guilty, of criminal contempt in the second degree, and imposed sentence. Assigned
counsel has submitted a brief in accordance with Anders v California (386 US 738 [1967]),
seeking leave to withdraw as counsel.

ORDERED that the judgment of conviction is affirmed.
We are satisfied with the sufficiency of the brief filed by defendant's assigned counsel
pursuant to Anders v California (386 US 738 [1967]), and, upon an independent review
of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal.
Counsel's application for leave to withdraw as counsel is, therefore, granted (see id.;
People v Murray, 169 AD3d 227 [2019]; Matter of Giovanni S. [Jasmin A.], 89
AD3d 252 [2011]; People v Paige, 54 AD2d 631 [1976]; cf. People v Gonzalez,
47 NY2d 606 [1979]).
ADAMS, P.J., GARGUILO and EMERSON, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: August 20, 2020